UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
APR - 4 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

David Robinson Jr.,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　　　)　　Civil Action No. 14-568 UNA
　　　　　　　　　　　　　　　　　　)
Barack Obama *et al.*,　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　Defendants.　　　　　　　　　)

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 19th day of March 2014,

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. # 2] is GRANTED; it is

FURTHER ORDERED that this case is DISMISSED. This is a final appealable Order.

　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　United States District Judge